DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for Involuntary Petitioners*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In Re: | Involuntary Chapter 7 |
| HALE & HEARTY, L.L.C., | Case No. 22-11285 (JLG) |
| Alleged Debtor. | |

---------------------------------------------------------------x

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

STATE OF NEW YORK          )
                                            ) ss:
COUNTY OF WESTCHESTER  )

Melanie M. Spencer, being duly sworn, deposes:

 I am not a party to the action, am over 18 years of age and am an employee of the law firm of Davidoff Hutcher & Citron, LLP, 120 Bloomingdale Road, Ste. 100, White Plains, NY 10605.

 On the 27th day of September 2022, Deponent additionally served a copy of the *Summons to Debtor in Involuntary Case* and the *Involuntary Petition Against a Non-Individual* upon the party listed below by depositing a true copy of same enclosed in a pre-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York, by first class mail.

 Hale & Hearty Soups L.L.C.
 90 Broad Street, Ste. 1201
 New York, NY 10004
 Attn: Pinchas Shapiro, Manager

                By: /s/ *Melanie M. Spencer*
                   Melanie M. Spencer

Sworn to before me this
27th day of September, 2022

By: /s/ *James Glucksman*
  James Glucksman
  Notary Public, State of New York