22-11285-jlg    Doc 6-1    Filed 10/03/22    Entered 10/03/22 11:58:12    Exhibit
Internet Article re: Sale of Assets    Pg 1 of 1
9/28/22, 2:28 PM                    BREAKING NEWS! Hale & Hearty Soups are now acquired by Mauzone Food Services - KosherGuru - Bringing Anything and Ev...



# BREAKING NEWS! Hale & Hearty Soups are now acquired by Mauzon Services

Posted on September 12, 2022 (https://thekosherguru.com/breaking-news-hale-hearty-soups-are-now-acquired-by-mauzone-food-services/) by K (https://thekosherguru.com/author/isimchon/)



BREAKING NEWS:

The defunct and bankrupt Hale & Hearty Soups have been acquired by Mauzone Food Services in Queens, NY. Mauzone is famous for its top-tier gou Event-Mauzone Caterers along with the vast amount of kosher food service operations they own and operate.

The 22,000 square feet commissary in Brooklyn, NY where Hale & Harty Soups once operated will be brought back into operation to once again start this time under Rabbinical Supervision making all their soups Kosher on the market. The retail stores will remain shuddered and as of now will not be r operation.

Soon you will be able to purchase the Hale & Harty Soups at your local retailer and discussions are underway for them to be sold at large discount ret

We will be updating this breaking story as more details emerge so stay tuned to our site for future updates.



(https://www.swissdiamoi

utm_source=Referal&utm_medium=thekosherguru&utm_campaign=thekosherguru)

Posted in Announcements (https://thekosherguru.com/category/announcements/)

## Related Posts