

**STEIN | ADLER**
**DABAH | ZELKOWITZ** LLP

**Jacob E. Lewin**
Direct Dial: 347.378.1863
jlewin@steinadlerlaw.com

October 6, 2022

<u>**Via ECF Only**</u>
Honorable James L. Garrity Jr.
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 723
New York, New York 10004-1408

RE:    *In Re Hale & Hearty Soups L.L.C.*
       Case No.: 22-11285-JLG

Dear Judge Garrity,

    We formerly served as attorneys for Hale and Hearty Soups LLC ("H&H"), the alleged debtor in the above referenced case.

    Please be advised that we are not entering our appearance on behalf of H&H at this time. We write as a courtesy to the parties and the Court to apprise that, to our knowledge, the alleged debtor is no longer operating and will not contest the entry of an order for relief or the appointment of a trustee.

    We are further informed that many of the purported factual allegations in the application filed in support of the appointment of an interim trustee are misleading or false, including most notably statements regarding recent alleged third-party transactions, and the scurrilous allegations relating to the alleged disposition of the PPP loan proceeds. The trustee who will be appointed in this case will establish the events as they occurred and proceed from there.

    We thank the Court for its attention to this matter.

                                        Respectfully Submitted,

                                        STEIN ADLER
                                        DABAH & ZELKOWITZ LLP


                                        _____
                                        Jacob E. Lewin, Esq.


cc:    All Parties via ECF
       Office of the United States Trustee