DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for Involuntary Petitioning Creditors*
605 Third Avenue
New York, New York 10158
(212) 557-7200

JAMES B. GLUCKSMAN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

HALE AND HEARTY SOUPS L.L.C.,

           Alleged Debtor.

-----------------------------------------------------------------X

Involuntary Proceeding Under
Chapter 7
Case No. 22-11285 (JLG)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

    **PLEASE TAKE NOTICE THAT** Davidoff Hutcher & Citron LLP hereby appears as counsel to Involuntary Petitioning Creditors. It is requested that copies of any and all notices, pleadings, and orders be sent to:

DAVIDOFF HUTCHER & CITRON LLP
Attn: James B. Glucksman
James B. Glucksman, Esq.
605 Third Avenue
New York, New York 10158
jbg@dhclegal.com
Telephone: 914-381-7400

Dated: New York, New York
       October 6, 2022

                                DAVIDOFF HUTCHER & CITRON LLP
                                *Attorneys for Involuntary Petitioning Creditors*
                                605 Third Avenue
                                New York, New York 10158
                                (212) 557-7200
                                jbg@dhclegal.com

                                By:    */s/ James B. Glucksman*
                                        JAMES B. GLUCKSMAN, ESQ.