

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*  *(212) 510-0500*
*Room 1006*  *Fax: (212) 668-2255*
*New York, New York 10014*

## INVOLUNTARY CASE MEMORANDUM

TO:  Case Administration-Judge Team for Judge Garrity
 New York, New York

FROM:  William K. Harrington
 United States Trustee

PREPARED BY:  Mary Moroney

DATE:  November 3, 2022

RE:  **Hale & Hearty Soups L.L.C.,
 Case No.22-11285(JLG)
 Appointment of Interim Trustee Prior to Order for
 Relief.**
-----------------------------------------------------------------

**Do not schedule a section 341(a) meeting at this time.**

**Please prepare your regular notice regarding the order for relief and indicate that Gregory Messer is the Interim Trustee.**

cc: Gregory Messer, Interim Trustee

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
In re                         :        Case No. 18 B 11691(JLG)
                              :
Hale & Hearty Soups L.L.C.,   :        NOTICE TO TRUSTEE OF
                              :        APPOINTMENT AND FIXING
                              :        AMOUNT OF BOND
                              :
            Debtor.           :
                              :
------------------------------X
```

TO:   Gregory Messer, Esq.
      26 Court Street, Suite 2400
      Brooklyn, New York 11242

    An order for relief having been signed in the above-captioned involuntary case (11 U.S.C. § 303(h)) which was commenced on September 27, 2022, you have been appointed, pursuant to 11 U.S.C. § 701(a), as Interim Trustee of the estate of the above-named debtor. If no trustee is elected, you shall serve as the trustee in this case by operation of law.  11 U.S.C. § 702(d).

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this Office and the Bankruptcy Court. See 11 U.S.C. § 322(a); FRBP 2008; FRBP 2010(a)).  You are required to notify the undersigned in writing within five (5) business days after receipt of this notice in the event you reject this appointment.

Dated:  New York, New York
        November 3, 2022

                                                   William K. Harrington
                                                   William K. Harrington
                                                   United States Trustee
                                                   201 Varick Street, Room 1006
                                                   New York, New York 10014
                                                   (212) 510-0500

‣‣ FILE A:\INV.7