UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| HALE & HEARTY SOUPS LLC., | Chapter 7 |
| Debtor. | Case No. 22-11285 (JLG) |

**DECLARATION OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 13th day of January 2023, I served copies of:

- Trustee's Motion for an Order Enforcing the Automatic Stay Against Hearty Acquisitions, LLC and Mauzone Food Services, Inc., together with exhibits referenced therein [Docket No. 32];

- Notice of Hearing on Trustee's Motion for an Order Enforcing the Automatic Stay Against Hearty Acquisitions, LLC and Mauzone Food Services, Inc. [Docket No. 33]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 13, 2023

/s/Tina Vaswani
Tina Vaswani

1

**Schedule A**

Office of the United States Trustee
201 Varick Street - Room 1006
New York, NY 10014
Attn: Shannon Scott

Hale & Hearty Soups L.L.C.
75 Ninth Avenue
New York, NY 10011

Stein Adler Dabah Zelkowitz LLP
1633 Broadway – 46th Floor
New York, NY 10019
Attn: Jacob E. Lewin, Esq.

Geron Legal Advisors LLC
370 Lexington Avenue – Suite 1101
New York, NY 10017
Attn: Yann Geron

Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
Attn: James B. Glucksman and Robert Leslie Rattet

APF 286 MAD LLC
28 West 44th Street - 7th Floor
New York, NY 10036

Westside Foods, Inc.
355 Food Center Drive
Bronx, NY 10474

Law Offices of Gregory Messer, PLLC
26 Court Street – Suite 2400
Brooklyn, NY 11242
Attn: Gregory M. Messer

Cozen O'Conner
123 North Wacker Drive - Suite 1800
Chicago, IL 60606
Attn: Peter J. Roberts

United States Attorney's Office
86 Chambers Street - Third Floor
New York, NY 10007
Attn: Tax & Bankruptcy Unit

New York City Dept of Finance
Taxpayer Identification Unit
25 Elm Place - 3rd Floor
Brooklyn, NY 11201

Steven B. Sperber
205 East 42nd Street - 6th Floor
New York, NY 10017

Zwelling Law PLLC
2295 NW Corporate Blvd. – Suite 117
Boca Raton, FL 33431
Attn: Avi M. Zwelling, Esq.

Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, NY 10022
Attn: Mark Frankel

279 Scholes Street LLC
430 Maspeth Avenue
Brooklyn, NY 11211