# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Hale & Hearty Soups L.L.C. | CASE NO: 22-11285 (JLG)<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 38 and 39 |

On 1/20/2023, I did cause a copy of the following documents, described below,

Chapter 7 Trustee's Motion for Entry Of Orders: (I)(A) Approving Bidding Procedures in Connection with a Sale of all or Substantially all of the Estate's Assets Free and Clear Of Liens, Claims, Encumbrances and Other Interests; (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof; (C) Establishing Certain Assumption and Assignment Procedures and Approving the Form and Manner of Notice Thereof; and (D) Granting Related Relief; and (II) (A) Authorizing Sale of All or Substantially All of the Estate's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; And (B) Granting Related Relief [ECF Docket Reference No. 38]

Notice of Hearing on Chapter 7 Trustee's Motion for Entry Of Orders: (I)(A) Approving Bidding Procedures in Connection with a Sale of all or Substantially all of the Estate's Assets Free and Clear Of Liens, Claims, Encumbrances and Other Interests; (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof; (C) Establishing Certain Assumption and Assignment Procedures and Approving the Form and Manner of Notice Thereof; and (D) Granting Related Relief; and (II) (A) Authorizing Sale of All or Substantially All of the Estate's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; And (B) Granting Related Relief [ECF Docket Reference No. 39]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/20/2023

/s/ Lauren C. Kiss
Lauren C. Kiss

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street
New York, NY  10036
212 972 3000

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Hale & Hearty Soups L.L.C. | CASE NO: 22-11285 (JLG)<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 38 and 39 |

On 1/20/2023, a copy of the following documents, described below,

Chapter 7 Trustee's Motion for Entry Of Orders: (I)(A) Approving Bidding Procedures in Connection with a Sale of all or Substantially all of the Estate's Assets Free and Clear Of Liens, Claims, Encumbrances and Other Interests; (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof; (C) Establishing Certain Assumption and Assignment Procedures and Approving the Form and Manner of Notice Thereof; and (D) Granting Related Relief; and (II) (A) Authorizing Sale of All or Substantially All of the Estate's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; And (B) Granting Related Relief [ECF Docket Reference No. 38]

Notice of Hearing on Chapter 7 Trustee's Motion for Entry Of Orders: (I)(A) Approving Bidding Procedures in Connection with a Sale of all or Substantially all of the Estate's Assets Free and Clear Of Liens, Claims, Encumbrances and Other Interests; (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof; (C) Establishing Certain Assumption and Assignment Procedures and Approving the Form and Manner of Notice Thereof; and (D) Granting Related Relief; and (II) (A) Authorizing Sale of All or Substantially All of the Estate's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; And (B) Granting Related Relief [ECF Docket Reference No. 39]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/20/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lauren C. Kiss
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street
New York, NY  10036

PARTIES DESIGNATED AS "INCLUDE" WERE NOT SERVED VIA CM/ECF E-SERVICE AND WERE MAILED VIA FIRST CLASS MAIL (AS EVIDENCED ABOVE)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: SHANNON SCOTT<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET - ROOM 1006<br>NEW YORK, NY 10014 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: SHANNON SCOTT<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN, ROOM 534<br>NEW YORK, NY 10004 | COZEN O'CONNOR<br>ATTN: PETER J. ROBERTS<br>123 NORTH WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 |
| MORITT HOCK & HAMROFF LLP<br>ATTN: THEREA A DRISCOLL<br>400 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530 | DAVIDOFF HUTCHER & CITRON LLP<br>ATTN: JAMES B. GLUCKSMAN AND ROBERT LESLIE RATTET<br>605 THIRD AVENUE<br>NEW YORK, NY 10158 | GERON LEGAL ADVISORS LLC<br>ATTN: YANN GERON<br>370 LEXINGTON AVENUE<br>SUITE 1101<br>NEW YORK, NY 10017 |
| VEDDAR PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN<br>1633 BROADWAY - 31ST FLOOR<br>NEW YORK, NY 10019 | VINSON & ELKINS LLP<br>ATTN: STEVEN ZUNDELL<br>1114 AVENUE OF THE AMERICAS<br>32ND FLOOR<br>NEW YORK, NY 10036 | VINSON & ELKINS LLP<br>ATTN: STEVEN ABRAMOWITZ<br>1114 AVENUE OF THE AMERICAS<br>32ND FLOOR<br>NEW YORK, NY 10036 |
| ZWELLING LAW PLLC<br>ATTN: AVI M. ZWELLING, ESQ.<br>2295 NW CORPORATE BLVD. - SUITE 117<br>BOCA RATON, FL 33431 | BACKENROTH FRANKEL & KRINSKY, LLP<br>ATTN: MARK FRANKEL<br>800 THIRD AVENUE, FLOOR 11<br>NEW YORK, NY 10022 | LAW OFFICES OF GREGORY MESSER, PLLC<br>ATTN: GREGORY M. MESSER<br>26 COURT STREET<br>SUITE 2400<br>BROOKLYN, NY 11242 |
| HALE & HEARTY SOUPS L.L.C.<br>75 NINTH AVENUE<br>NEW YORK, NY 10011 | STEIN ADLER DABAH ZELKOWITZ LLP<br>ATTN: JACOB E. LEWIN, ESQ.<br>1633 BROADWAY<br>46TH FLOOR<br>NEW YORK, NY 10019 | 279 SCHOLES STREET LLC<br>430 MASPETH AVENUE<br>BROOKLYN, NY 11211 |